# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Dell Inc Distribution Fund ("Fund") in the Order to Transfer Funds and to Appoint a Tax Administrator, Case No. 1:10-cv-01245-RJL, filed on December 29, 2010.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2010 qualified settlement fund tax returns and related tax compliance services for the Fund.

4. Please remit payment in the amount of $1,762.64 via wire transfer or check according to the instructions listed on the attached invoice. The breakdown is as follows:

| Account | Amount Due |
|---|---|
| 1:10-cv-1245-04 | $1,762.64 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2011 in Half Moon Bay, California.

Jude P. Damasco

# Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
650-726-4100
FEIN 20-3042202

Shelby H. Hunt, Senior Counsel
SEC v Dell Inc Distribution Fund
U.S. Securites & Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549          CATS: HO-10124  Case Number: 1:10-cv-01245-RJL

Invoice No.  26521
Date         Tuesday, March 08, 2011
Client No.   009236

| SERVICE | AMOUNT |
|---|---|
| Professional services from inception through March 7, 2011: | |
| Preparation and Filing of 2010 US and DC Qualified Settlement Fund Tax Returns. | $ 1,750.00 |
| Postage | 12.64 |
| Current Amount Due | 1,762.64 |
| Past Due Balance | 0.00 |
| Total Amount Due | $ 1,762.64 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019