# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street, N.E. Washington, D.C. 20549<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DELL INC., MICHAEL S. DELL, KEVIN B. ROLLINS, JAMES M. SCHNEIDER, LESLIE L. JACKSON, NICHOLAS A.R. DUNNING<br><br>　　　　Defendants. | Civil Action No. 1:10-cv-01245 (RJL)<br><br>**ORDER APPROVING DISTRIBUTION PLAN** |

## ORDER APPROVING DISTRIBUTION PLAN

The Court, having considered Plaintiff Securities and Exchange Commission's Motion for an Order Approving a Distribution Plan for the Dell Fair Fund ("Motion") and the submitted proposed Distribution Plan, hereby grants the Motion in its entirety. For good cause shown, the Distribution Plan is hereby approved and shall govern the administration of distributing the Dell Fair Fund to harmed investors.

　　**SO ORDERED.**


Dated: _____


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE