# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street, N.E., Washington, D.C. 20549 : : : | |
| Plaintiff, : | Civil Action No. 1:10-cv-01245 |
| v.  : | (RJL) |
| DELL INC., MICHAEL S. DELL, KEVIN B. ROLLINS, JAMES M. SCHNEIDER, LESLIE L. JACKSON, NICHOLAS A. R. DUNNING  : : : | |
| Defendants. : | |

_____:

## THE DISTRIBUTION AGENT'S FIRST PROGRESS REPORT

The Garden City Group, Inc. ("GCG"), the Court-appointed Distribution Agent[1] in the above-captioned matter, respectfully submits this First Progress Report, pursuant to the Distribution Plan (the "Plan") approved by this Court on December 11, 2012. This Court's November 15, 2011 Order authorized the creation of a Fair Fund and appointed GCG as the Distribution Agent to implement the distribution of the Fair Fund. Pursuant to Section 7.2 of the Plan, the Distribution Agent is required to submit a progress report within 45 days of entry of the Plan. This report covers the period from December 11, 2012 through January 24, 2013.

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning provided in the Distribution Plan.

**Tasks Performed by the Distribution
Agent Since Its Appointment**

1. *Appointment Through Plan Submission*

Since GCG's appointment, GCG has performed the following tasks in connection with its role as the Court-appointed Distribution Agent in the instant case:

- GCG drafted, in consultation with Staff for the Securities and Exchange Commission (the "Commission's Staff"), the Plan for Distribution of the SEC Fair Fund to eligible investors (the "Plan");

- GCG personnel had numerous telephone conversations and e-mail exchanges with the Commission's Staff regarding specific provisions of the Plan, and worked on several drafts of the Plan; and

- The Commission's Staff approved the final version of the Plan in late September 2012 and submitted the Plan to the Court for approval on September 20, 2012.  The Court entered and approved the Plan on December 11, 2012.

2. *Approval of Plan Through Initial Mailing Date*

Since the Court has approved and entered the Plan, GCG has performed the following tasks in connection with the implementation of the Plan:

- GCG reviewed the final Court-approved Plan and other documents filed in this proceeding;

- GCG drafted, in consultation with the Commission's Staff, the Distribution Plan Notice, the Proof of Claim Form and a Cover Letter for mailing to Class Action Authorized Claimants, (together the "Claim Packet"), pursuant to Section 3.15(d) of the Plan;

- GCG worked in conjunction with the Tax Administrator to add a substitute W-9 section to the Claim Form;

- GCG had telephone conversations and e-mail exchanges with the Commission's Staff regarding certain provisions of the Plan in preparation for the scheduled January 25, 2013 initial mailing of Claim Packets (as defined in Section 1.7 of the Plan) to Dell investors (the "Initial Mailing").  This informational exchange aided in work that includes, among other things, preparation of the Cover Letter, the Notice, the Claim Form, and the creation of a case specific website;

- GCG and the Commission's Staff also communicated regarding various other issues relating to the administration of the Fair Fund in the present action;

- Pursuant to Section 3.15(a) of the Plan, GCG created a new database of Potentially Eligible Claimants, utilizing the data contained in the database from the related class

action, *In re Dell Inc., Securities Litigation,* Case No. A-06-CA-00726 (W.D. Tex.) (SS) (the "Dell Class Action") for which GCG was the Claims Administrator. The transaction details for each Class Action Authorized Claimant were also copied in their entirety from the Dell Class Action database into the new database;

- Pursuant to Section 3.15(b) of the Plan, GCG ran a National Change of Address search to retrieve updated addresses for all records in the new database;

- Pursuant to Section 3.15(e) GCG created a case dedicated webpage (www.dellsecsettlement.com) where Potentially Eligible Claimants can obtain specific information about the Distribution Plan and download documents relating to the Fair Fund and the claim filing process. The website also permits claimants to view their approved transactions from the Dell Class Action and file new claims online;

- Pursuant to Section 3.15(g) of the Plan, GCG set up a toll-free helpline which utilizes an Interactive Voice Response system with specific information regarding the Fair Fund and provides Potentially Eligible Claimants an option to leave a voice message requesting additional case or claim specific information;

- Pursuant to Section 3.15(f) of the Plan, GCG provided the Commission's Staff with a copy of the Distribution Plan and Notice and the Commission's Staff established a link to the Fair Fund's website on its own website; and

- Pursuant to Section 3.14 of the Plan, on January 3, 2013, GCG received 40,112 records in 2 files from the Transfer Agent. After removal of duplicates, 17,097 records were added to the database.

3. *Initial Mailing*

- Pursuant to Section 3.15(c) of the Plan, on January 25, 2013, GCG will mail by United States First-Class Mail, a Claim Packet (as defined in Section 1.7 of the Plan) to 1,596,717[2] Potentially Eligible Claimants who GCG was able to identify from analyzing the data obtained from the Dell Class Action, as well as from records received from the Transfer Agent;

- Pursuant to Section 3.15(d) of the Plan, also on January 25, 2013, GCG will mail by United States First-Class Mail, or for claims filed electronically in the Dell Class Action, by electronic mail, a Claim Packet to 266,702 Class Action Authorized Claimants (including 69,271 mailed via United States First-Class Mail and 285 emails representing 197,431 Class Action Authorized Claimants) stating, among other things, that such Class Action Authorized Claimants are automatically deemed Eligible Claimants only with respect to those purchases of Dell common stock during the Recovery Period for which claims were previously authorized in the Dell Class Action. The Claim Packet will also

---

[2] GCG also sent Claim Packets by electronic mail to 164 institutions representing 5,650 claimants who GCG identified from the Dell Class Action data.

3

  inform these claimants of their ability to amend their claims for the new Recovery Period; and

- On January 25, 2013, GCG will send a Claim Packet to 2,035 entities in its Nominee Database requesting that they provide GCG with the names and addresses of all identifiable Potentially Eligible Claimants to the extent they were not provided to GCG in connection with the Dell Class Action. In addition, in the Dell Class Action, certain nominees requested that GCG mail them blank Claim Packets to forward to their clients. In anticipation of similar requests, GCG will cause 55,219 bulk Claim Packets to be mailed to these 19 nominees no later than 10 days after the Initial Mailing.

4. *Anticipated Next Steps*

Following the mailing on January 25, 2013, GCG will carry out the terms of the Plan including:

- Pursuant to Section 3.15(h) of the Plan, GCG will cause the Summary Notice to be published in *Investors Business Daily*, along with the issuance of a press release on the P.R. Newswire, within two weeks of the Initial Mailing.

- Pursuant to Section 3.17 of the Plan, at the request of any Potentially Eligible Claimant, GCG will promptly provide a Claim Packet;

- GCG will monitor the intake of claims and will promptly return telephone calls and e-mail inquiries from potential claimants regarding the Plan or the claim filing process;

- GCG will mail Acknowledgment Postcards to each Potentially Eligible Claimant that submits a Claim by mail[3], as defined in Section 3.19 of the Plan; and

- GCG will file its next Progress Report within twenty (20) days after the end of the next quarter, pursuant to section 7.2 of the Plan.

**Location of Fair Fund and Disbursements
from Fair Fund During the Quarterly Period**

The proceeds of the Fair Fund in this matter remain on deposit with the Court Registry Investment System ("CRIS") under the case name designation, "SEC v Dell Inc. Distribution Fund," Account Numbers "1:10-CV-1245-01", "1:10-CV-1245-02", "1:10-CV-1245-03", "1:10-CV-1245-04", and "1:10-CV-1245-05". As of January 24, 2013, the balance of the Fair Fund

---

[3] Claims submitted online will receive an acknowledgement of submission of their filed claim by e-mail.

was $111,064,318.44 (Account Number 1:10-CV-1245-01 held a balance of $4,010,926.89; Account Number 1:10-CV-1245-02 held a balance of $2,707,306.88; Account Number 1:10-CV-1245-03 held a balance of $4,003,096.15; Account Number 1:10-CV-1245-04 held a balance of $100,292,945.09; and Account Number 1:10-CV-1245-05 held a balance of $50,043.43). Further, a total of $95,189.95 in interest payments was deposited into the account.

Dated: January 25, 2013

Respectfully submitted,

By: _____
Jason Zuena
The Garden City Group, Inc.
Distribution Agent
1985 Marcus Ave.
Lake Success, NY 11042
Phone: 631-470-5127
Fax: 631-940-6555

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Progress Report of the Distribution Agent was filed electronically on January 25, 2013. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

Shannon Casey
The Garden City Group, Inc.
1985 Marcus Avenue
Lake Success, NY 11042
Phone: 631-470-5015
Fax: 631-940-6549