**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | : | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| 100 F Street, N.E., Washington, D.C. 20549 | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:10-cv-01245 |
| v. | : | (RJL) |
| | : | |
| DELL INC., MICHAEL S. DELL, KEVIN B. | : | |
| ROLLINS, JAMES M. SCHNEIDER, | : | |
| LESLIE L. JACKSON, NICHOLAS A. R. DUNNING | : | |
| | : | |
| Defendants. | : | |

_____:

**THE DISTRIBUTION AGENT'S SECOND PROGRESS REPORT**

The Garden City Group, Inc. ("GCG"), the Court-appointed Distribution Agent[1] in the above-captioned matter, respectfully submits this Second Progress Report, pursuant to the Distribution Plan  (the "Plan") approved by this Court on December 11, 2012.  This Court's November 15, 2011 Order authorized the creation of a Fair Fund and appointed GCG as the Distribution Agent to implement the distribution of the Fair Fund.  Pursuant to Section 7.2 of the Plan, the Distribution Agent was required to, and did submit a progress report within 45 days of entry of the Plan, and is required to submit additional reports within 20 days after the end of every quarter thereafter.  This second report covers the first quarter of 2013.

---

[1]  All capitalized terms not otherwise defined in this document shall have the meaning provided in the Distribution Plan.

**Tasks Performed by the Distribution
Agent Since the First Progress Report**


Since the First Progress Report, GCG has performed the following tasks pursuant to the Plan:

- On January 25, 2013, pursuant to Section 3.15(c) of the Plan, GCG mailed by United States First-Class Mail, a Claim Packet (as defined in Section 1.7 of the Plan) to 1,596,717[2] Potentially Eligible Claimants who GCG was able to identify from analyzing the data obtained from the Dell Class Action, as well as from records received from the Transfer Agent;

- On January 25, 2013, pursuant to Section 3.15(d) of the Plan, GCG mailed by United States First-Class Mail, or for claims filed electronically in the Dell Class Action, by electronic mail, a Claim Packet to 266,702 Class Action Authorized Claimants (including 69,271 mailed via United States First-Class Mail and 285 emails representing 197,431 Class Action Authorized Claimants) stating, among other things, that such Class Action Authorized Claimants are automatically deemed Eligible Claimants only with respect to those purchases of Dell common stock during the Recovery Period for which claims were previously authorized in the Dell Class Action.  The Claim Packet also informed these claimants of their ability to amend their claims for the new Recovery Period;

- On February 7, 2013, pursuant to Section 3.15(h) of the Plan, GCG caused the Summary Notice to be published in *Investors Business Daily*, along with the issuance of a press release on the P.R. Newswire;

- Since the initial mailing, GCG has mailed a total of 821,848[3] Claim Packets to Potentially Eligible Claimants and nominee purchasers of Dell common stock.  As of April 4, 2013, GCG has mailed a total of 2,436,580 Claim Packets, which includes 69,271 that were mailed to Class Action Authorized Claimants with a Cover Letter, and 770,592 bulk Claim Packets that were mailed to nominee purchasers of Dell common stock;

- As of April 3, 2013, GCG has 299,558[4] claims on record;

---

[2] GCG also sent Claim Packets by electronic mail to 164 institutions representing 5,650 claimants who GCG identified from the Dell Class Action data.

[3] The 821,848 Claim Packets mailed does not include 9,750 Packets that were re-mailed to updated addresses after being returned to GCG as undeliverable by the United States Postal Service or requests for additional Claim Packets from Potentially Eligible and Class Action Authorized Claimants.

[4] Included in this count are 34 claims that were subsequently withdrawn at the request of the claimant. Also included in this count are the 266,702 claims previously received and subsequently authorized for payment in the Dell Class Action.

- GCG provided Acknowledgment Postcards/Emails to all Potentially Eligible Claimants that submitted a Claim either through the dedicated website or by mail, as defined in Section 3.19 of the Plan;

- GCG monitored the toll-free number, assisted Potentially Eligible Claimants with their inquiries, and responded to messages left.  To date, GCG has received 8,397 phone calls;

- GCG has monitored the email inbox dedicated for this action and has promptly responded to all potential claimant inquiries that have been received via email;

- GCG continued to host and monitor the dedicated case website.  The website is located at *www.dellsecsettlement.com*.  To date, there have been 18,732 unique visitors to the website; and

- GCG will continue to perform the above-referenced tasks as well as others necessary to administer the Fair Fund.

*Anticipated Next Steps*

Following this Second Progress Report, GCG will carry out the terms of the Plan:

- GCG will review each Proof of Claim Form received to determine the validity and amount of such Potentially Eligible Claimant's Eligible Loss Amount;

- GCG will file its next Progress Report within twenty (20) days after the end of the next quarter, pursuant to section 7.2 of the Plan.


**Location of Fair Fund and Disbursements
from Fair Fund During the Quarterly Period**


The proceeds of the Fair Fund in this matter remain on deposit with the Court Registry Investment System ("CRIS") under the case name designation, "SEC v Dell Inc. Distribution Fund," Account Numbers "1:10-CV-1245-01", "1:10-CV-1245-02", "1:10-CV-1245-03", "1:10-CV-1245-04", and "1:10-CV-1245-05".  As of March 27, 2013, the balance of the Fair Fund was $111,069,725.48 (Account Number 1:10-CV-1245-01 held a balance of $4,011,120.23; Account Number 1:10-CV-1245-02 held a balance of $2,707,437.37; Account Number 1:10-CV-1245-03 held a balance of $4,003,289.10; Account Number 1:10-CV-1245-04 held a balance of

$100,297,832.94; and Account Number 1:10-CV-1245-05 held a balance of $50,045.84).

Further, a total of $100,596.99 in interest payments has been deposited into the account.

Dated:  April 19, 2013

Respectfully submitted,

By:_____

Stephen J. Cirami
The Garden City Group, Inc.
Distribution Agent
1985 Marcus Ave.
Lake Success, NY 11042
Phone:  631-470-6838
Fax:  631-940-6555

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Second Progress Report of the Distribution Agent was filed electronically on April 19, 2013. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF System.

Jason Zuena
The Garden City Group, Inc.
1985 Marcus Avenue, Ste. 200
Lake Success, NY 11042
Phone:  631-470-5127