# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> 100 F Street, N.E., Washington, D.C. 20549 <br><br> Plaintiff, <br> v. <br><br> DELL INC., MICHAEL S. DELL, KEVIN B. ROLLINS, JAMES M. SCHNEIDER, LESLIE L. JACKSON, NICHOLAS A. R. DUNNING <br><br> Defendants. | Civil Action No. 1:10-cv-01245 (RJL) |

## THE DISTRIBUTION AGENT'S SEVENTH PROGRESS REPORT

The Garden City Group, Inc. ("GCG"), the Court-appointed Distribution Agent[1] in the above-captioned matter, respectfully submits this Seventh Progress Report, pursuant to the Distribution Plan (the "Plan") approved by this Court on December 11, 2012. This Court's November 15, 2011 Order authorized the creation of a Fair Fund and appointed GCG as the Distribution Agent to implement the distribution of the Fair Fund. Pursuant to Section 7.2 of the Plan, the Distribution Agent was required to, and did, submit a progress report within 45 days of entry of the Plan, and is required to submit additional reports within 20 days after the end of every quarter thereafter. This seventh report covers the second quarter of 2014.

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning provided in the Distribution Plan.

**Tasks Performed by the Distribution**
**Agent Since the Sixth Progress Report**

Since the Sixth Progress Report, GCG has performed the following tasks pursuant to the Plan:

- On July 9, 2014, GCG submitted to the Commission its final administrative report, Declaration of Ellen E. Riley in Support of the Securities and Exchange Commission's (The "Commission") Motion for Distribution of Fair Fund;

- All new claims received after the Claims Bar Date (May 25, 2013) continue to be scanned into our settlement-specific database, but not processed or reviewed, pursuant to the Plan of Distribution;

- GCG continues to receive updates and adjustment requests from claimants. The Final Payee List was provided to the Commission Staff within 45 days following the Claims Determination Date as required by Section 3.28 of the Distribution Plan on December 6, 2013. After the Final Payee List was submitted to the Commission Staff, 81 claims were withdrawn in their entirety and will not share in the Fair Fund, and 68 claims have been adjusted due to claimants curing deficiencies, resulting in modifications to potential awards. At the direction of the Commission, GCG created a revised Final Payee List, which was provided to the Commission Staff on June 27, 2014 for review and approval, and ultimately, submission to the Court for payment.

    - The updated list included 356,099[2] claims with calculated losses totaling $6,380,364,252.60.

- GCG continues to monitor the toll-free number, assist Potentially Eligible Claimants with their inquiries, and respond to messages left. To date, GCG has received 19,873 phone calls;

- GCG continues to monitor the email inbox dedicated for this action and has promptly responded to all potential claimant inquiries that have been received via email;

- GCG continues to host and monitor the dedicated case website. The website is located at *www.dellsecsettlement.com*. To date, there have been 35,871 unique visitors to the website;

- GCG continues to coordinate with the Tax Administrator to address and meet the requirements of Prejudgment Interest ("PJI") reporting for domestic Eligible Claimants who will receive an amount over a threshold amount in their potential award from the Fair Fund, as well as all foreign Eligible Claimants entitled to any potential award from the Fair Fund.

---

[2] Subject to the Minimum Distribution Amount of $25.00.

*Anticipated Next Steps*

Following this Seventh Progress Report, GCG will carry out the terms of the Plan:

- Distributing payments to Eligible Claimants in accordance with the Distribution Plan once the motion to disburse funds is approved by the Court;

- Performing all post-distribution related tasks as described in the Distribution Plan, as detailed in sections 4.1 and 4.2 of the Plan, such as handling and responding to any claimant inquires, reissuing checks upon request of claimants (as long as the request is received within ninety (90) days of the distribution), and performing advanced address searches for checks that are returned by the U.S. Postal Service due to an undeliverable address;

- Voiding all outstanding checks one hundred and twenty (120) days following the distribution and return any remaining funds to the Commission for transfer to the United States Treasury, pursuant to section 4.3 of the Plan;

- Filing the eighth Progress Report within twenty (20) days after the end of the next quarter, pursuant to section 7.2 of the Plan; and

- Perform any other tasks as necessary to administer the Fair Fund.

**Location of Fair Fund and Disbursements
from Fair Fund During the Quarterly Period**

The proceeds of the Fair Fund in this matter remain on deposit with the Court Registry Investment System ("CRIS") under the case name designation, "SEC v Dell Inc. Distribution Fund," Account Numbers "1:10-CV-1245-01", "1:10-CV-1245-02", "1:10-CV-1245-03", "1:10-CV-1245-04", and "1:10-CV-1245-05". As of June 30, 2014, the balance of the Fair Fund was $111,498,000.12. (Account Number 1:10-CV-1245-01 held a balance of $4,012,047.22; Account Number 1:10-CV-1245-02 held a balance of $3,108,124.04; Account Number 1:10-CV-1245-03 held a balance of $4,004,214.28; Account Number 1:10-CV-1245-04 held a balance of $100,323,557.07; and Account Number 1:10-CV-1245-05 held a balance of $50,057.51).

Further, a total of $126,586.63 in interest payments has been deposited into the account to date, including a total of $4,664.93, since the last report.

Dated:  July 15, 2014

Respectfully submitted,

By: *Ellen Riley*
Ellen Riley
The Garden City Group, Inc.
Distribution Agent
1985 Marcus Ave.
Lake Success, NY 11042
Phone:  631-470-5166
Fax:  631-940-6555

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Seventh Progress Report of the Distribution Agent was filed electronically on July 15, 2014. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

*Danielle Amoroso*
Danielle Amoroso
The Garden City Group, Inc.
1985 Marcus Avenue, Ste. 200
Lake Success, NY 11042
Phone: 631-470-5011